| | |
|---|---|
| STUART F. DELERY | WENDY J. OLSON, Idaho Bar No. 7634 |
| Assistant Attorney General | United States Attorney |
| JOSEPH H. HUNT | SYRENA C. HARGROVE, Idaho Bar No. 6213 |
| Director, Federal Programs Branch | Assistant United States Attorney |
| ANTHONY J. COPPOLINO | District Of Idaho |
| Deputy Branch Director | Washington Group Plaza Iv |
| JAMES J. GILLIGAN | 800 E. Park Boulevard, Suite 600 |
| Special Litigation Counsel | Boise, Id 83712-9903 |
| MARCIA BERMAN | Telephone: (208) 334-1211 |
| Senior Trial Counsel | Facsimile: (208) 334-1414 |
| BRYAN DEARINGER | Syrena.Hargrove@usdoj.gov |
| RODNEY PATTON | |
| Trial Attorneys | |
| U.S Department of Justice | |
| Civil Division, Federal Programs Branch | |
| 20 Massachusetts Ave., N.W., Room 6102 | |
| Washington, D.C. 20001 | |
| Telephone: (202) 514-3358 | |
| Facsimile: (202) 616-8470 | |
| james.gilligan@usdoj.gov | |

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

_____
                                    )
ANNA J. SMITH,                      )
                                    )
             Plaintiff,             )
                                    )
        v.                          )   Civil Action No.
                                    )   2:13-cv-00257-REB
BARACK OBAMA, President of the      )
   United States, *et al.,*         )
                                    )
             Defendants.            )
_____)

## NOTICE OF APPEARANCE

The Clerk of the Court is hereby requested to enter the appearance of the following U.S. Department of Justice attorneys as counsel of record for all defendants in this action:

JAMES J. GILLIGAN
Special Litigation Counsel
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001

Phone:          (202) 514-3358
Fax:            (202) 616-8470
E-mail:         james.gilligan@usdoj.gov


MARCIA BERMAN
Senior Trial Counsel
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C.  20001

Phone:          (202) 514-2205
Fax:            (202) 616-8470
E-mail:         marcia.berman@usdoj.gov


BRYAN DEARINGER
Trial Attorney
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7334
Washington, D.C.  20001

Phone:          (202) 514-3489
Fax:            (202) 616-8470
E-mail:         bryan.dearinger@usdoj.gov


RODNEY PATTON
Trial Attorney
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7320
Washington, D.C.  20001

Phone:          (202) 305-7919
Fax:            (202) 616-8470
E-mail:         rodney.patton@usdoj.gov

Dated: December 2, 2013

|  |  |
|---|---|
|  | Respectfully submitted, |
| WENDY J. OLSON, Idaho Bar No. 7634<br>United States Attorney | STUART F. DELERY<br>Assistant Attorney General |
| SYRENA C. HARGROVE, Idaho Bar<br>  No. 6213<br>Assistant United States Attorney | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
|  | ANTHONY J. COPPOLINO<br>Deputy Branch Director |
| District Of Idaho<br>Washington Group Plaza Iv<br>800 E. Park Boulevard, Suite 600<br>Boise, Id 83712-9903<br>Telephone: (208) 334-1211<br>Facsimile:  (208) 334-1414<br>Syrena.Hargrove@usdoj.gov | /s/ James J. Gilligan<br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br><br>MARCIA BERMAN<br>Senior Trial Counsel<br><br>BRYAN DEARINGER<br>RODNEY PATTON<br>Trial Attorneys<br><br>U.S Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6102<br>Washington, D.C.  20001<br>Phone: (202) 514-3358<br>Fax: (202) 616-8470<br>james.gilligan@usdoj.gov<br><br>Counsel for Defendants |