PETER J. SMITH IV, ISB 6997
Lukins & Annis, P.S.
601 E. Front Avenue, Suite 502
Coeur d'Alene, ID 83814
Phone: 208-667-0517
Fax: 208-664-4125
Email: psmith@lukins.com

LUCAS T. MALEK, ISB 8610
Luke Malek, Attorney at Law, PLLC
721 N 8th Street
Coeur d'Alene, ID 83814
Phone: 208-661-3881
Email: Luke_Malek@hotmail.com

Attorneys for the Plaintiff ANNA J. SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANNA J. SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BARACK H. OBAMA, in his official capacity as President of the United States of America; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>　　　　　Defendants. | CASE NO. 2:13-cv-00257<br><br>DECLARATION OF ANNA J. SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |

DECLARATION OF ANNA SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION - 1
00766069.1

I, ANNA J. SMITH, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Plaintiff in this case.
2. I am a Verizon Wireless customer and I have been for at least 3 years.
3. I use my cell phone to make phone calls almost exclusively.
4. I do have a home phone, but in the past 12 months I have probably made 3 calls on it.
5. I use my cell phone to call my doctor, pastor, my daughters' teachers, my lawyers, and everyone else.
6. I expect that who I call is not shared with the government.
7. I expect that when I call someone is not shared with the government.
8. I expect the length of my calls is not shared with the government.
9. When I learned that information related to my cell phone calls was being shared with the government, I felt this was a violation of my privacy rights.
10. I consider the information that is being provided to the government by Verizon Wireless to be private and I expect Verizon Wireless to keep it private.

I declare under penalty of perjury under the laws of the state of Idaho, that to the best of my knowledge and belief, that the foregoing is true and correct.

DATED this 20th day of December, 2013.

_____A. Smith_____
ANNA J. SMITH

DECLARATION OF ANNA SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION - 2
00766069.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2013, I served a true and correct copy of the foregoing DECLARATION OF ANNA SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION by the method described below to:

| | | |
|---|---|---|
| JAMES J. GILLIGAN<br>Special Litigation Counsel<br>U.S Department of Justice Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6102<br>Washington, D.C. 20001 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (202) 616-8470<br>Electronic Mail james.gilligan@usdoj.gov |
| MARCIA BERMAN<br>Senior Trial Counsel<br>U.S Department of Justice Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7132<br>Washington, D.C. 20001 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (202) 616-8470<br>Electronic Mail marcia.berman@usdoj.gov |
| RODNEY PATTON<br>Trial Attorney<br>U.S Department of Justice Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7320<br>Washington, D.C. 20001 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (202) 616-8470<br>Electronic Mail  rodney.patton@usdoj.gov |
| SYRENA C. HARGROVE<br>Assistant United States Attorney<br>District of Idaho<br>Washington Group Plaza Iv<br>800 E. Park Boulevard, Suite 600<br>Boise, ID 83712-9903 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (208) 334-1414<br>Electronic Mail Syrena.Hargrove@usdoj.gov |

/s/ PJS

PETER J. SMITH IV

DECLARATION OF ANNA SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION - 3
00766069.1