PETER J. SMITH IV, ISB 6997
Lukins & Annis, P.S.
601 E. Front Avenue, Suite 502
Coeur d'Alene, ID 83814
Phone: 208-667-0517
Fax: 208-664-4125
Email: psmith@lukins.com

LUCAS T. MALEK, ISB 8610
Luke Malek, Attorney at Law, PLLC
721 N 8th Street
Coeur d'Alene, ID 83814
Phone: 208-661-3881
Email: Luke_Malek@hotmail.com

Attorneys for the Plaintiff ANNA J. SMITH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANNA J. SMITH,<br><br>                        Plaintiff,<br><br>      vs.<br><br>BARACK H. OBAMA, in his official capacity as President of the United States of America; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>                        Defendants. | CASE NO. 2:13-cv-00257<br><br><br>**DECLARATION OF PETER J. SMITH IV IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

DECLARATION OF PETER J. SMITH IV IN SUPPORT OF PLAINTIFF'S MOTION FOR A
PRELIMINARY INJUNCTION - 1

00766094.1

I, Peter J. Smith IV, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct

1.      I am the attorney representing the Plaintiff in this case.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Secondary Order, *In re Application of the [FBI] for an Order Requiring the Production of Tangible Things from Verizon Business Network Services, Inc. on Behalf of MCI Communication Services, Inc. d/b/a Verizon Business Services*, No. BR 13-80.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum Opinion in *Klayman v. Obama*, Case 1:13-cv-00851 (RJL) filed by the District Court for the District of Columbia on December 16, 2013.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Primary Order, *In re Application of the [FBI] for an Order Requiring the Production of Tangible Things from [Redacted]*, No. BR 13-158.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Administration White Paper: Bulk Collection of Telephony Metadata under Section 2015 of the USA PATRIOT ACT (August 9, 2013).

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Professor Edward W. Felten filed in the United States District Court Southern District of New York on August 26, 2013 in *American Civil Liberties Union et al. v. Clapper*, Case 1:13-cv-03994-WHP.

DATED this 20th day of December, 2013.

_____

PETER J. SMITH IV

DECLARATION OF PETER J. SMITH IV IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION - 2

00766094.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2013, I served a true and correct copy of the foregoing DECLARATION OF PETER J. SMITH IV IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION by the method described below to:

| JAMES J. GILLIGAN<br>Special Litigation Counsel<br>U.S Department of Justice Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6102<br>Washington, D.C. 20001 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (202) 616-8470<br>Electronic Mail james.gilligan@usdoj.gov |
|---|---|---|
| MARCIA BERMAN<br>Senior Trial Counsel<br>U.S Department of Justice Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7132<br>Washington, D.C. 20001 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (202) 616-8470<br>Electronic Mail marcia.berman@usdoj.gov |
| RODNEY PATTON<br>Trial Attorney<br>U.S Department of Justice Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7320<br>Washington, D.C. 20001 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (202) 616-8470<br>Electronic Mail  rodney.patton@usdoj.gov |
| SYRENA C. HARGROVE<br>Assistant United States Attorney<br>District of Idaho<br>Washington Group Plaza Iv<br>800 E. Park Boulevard, Suite 600<br>Boise, ID 83712-9903 | ☐<br>☐<br>☐<br>☐<br>■ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX) (208) 334-1414<br>Electronic Mail Syrena.Hargrove@usdoj.gov |