UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| ANNA J. SMITH,<br><br>         Plaintiff,<br><br>    vs.<br><br>BARACK H. OBAMA, in his official capacity as President of the United States of America; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation.<br><br>         Defendants. | Case No.: 2:13-cv-00257<br><br>**ORDER OF REASSIGNMENT** |

Plaintiff moves this Court for a preliminary injunction that, during the pendency of this suit (1) bars Defendants from collecting Plaintiff's call records under the mass call-tracking program; (2) requires Defendants to quarantine all of Plaintiff's call records already collected under the program; and (3) prohibits Defendants from querying metadata obtained through the program using any phone number or other identifier associated with Plaintiff.  *See* Mot. for Prelim. Inj., p. 2 (Docket No. 8).  Such requested relief calls into question the undersigned's jurisdiction to hear this matter; moreover, a review of the record indicates that none of the parties has consented to magistrate judge jurisdiction as required by 28 U.S.C. § 636.  Therefore, this

**ORDER OF REASSIGNMENT - 1**

matter shall be referred to the Clerk of the Court for reassignment to a United States District Judge.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall reassign this matter to a United States District Judge for all further proceedings.



DATED: **December 23, 2013**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER OF REASSIGNMENT - 2**