PETER J. SMITH IV, ISB 6997
Lukins & Annis, P.S.
601 E. Front Avenue, Suite 502
Coeur d'Alene, ID 83814
Phone: 208-667-0517
Fax: 208-664-4125
Email: psmith@lukins.com

LUCAS T. MALEK, ISB 8610
Luke Malek, Attorney at Law, PLLC
721 N 8th Street
Coeur d'Alene, ID 83814
Phone: 208-661-3881
Email: Luke_Malek@hotmail.com

*Counsel for Plaintiff*


[Counsel for Defendants listed on following page]


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANNA J. SMITH, )<br><br>Plaintiff, )<br><br>v. )<br><br>BARACK OBAMA, President of the<br> United States, *et al.*, )<br><br>Defendants. ) | Civil Action No.<br>2:13-cv-257-BLW |

## JOINT MOTION FOR BRIEFING SCHEDULE
## AND ENLARGEMENT OF PAGE LIMITATIONS

STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
RODNEY PATTON
Trial Attorneys
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001
Telephone: (202) 514-3358
Facsimile: (202) 616-8470
james.gilligan@usdoj.gov

WENDY J. OLSON, Idaho Bar No. 7634
United States Attorney
SYRENA C. HARGROVE, Idaho Bar No. 6213
Assistant United States Attorney
District Of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, ID  83712-9903
Telephone: (208) 334-1211
Facsimile:  (208) 334-1414
Syrena.Hargrove@usdoj.gov

*Counsel for Defendants*

Plaintiff Anna J. Smith ("Plaintiff"), together with Defendants Barack Obama, President of the United States; James R. Clapper, Director of National Intelligence; Keith B. Alexander, Director of the National Security Agency ("NSA") and Chief of the Central Security Service; Charles T. Hagel, Secretary of Defense; Eric Holder, Attorney General of the United States; and James B. Comey, Director of the Federal Bureau of Investigation, insofar as they are sued in their official capacities (collectively "Defendants"), hereby jointly move, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), for entry of the parties' agreed-upon briefing schedule and also for an enlargement of page limitations, as outlined below.

1.     The complaint in this case was filed on June 12, 2013 and amended on November 7, 2013.  *See* ECF Nos. 1, 3.  Plaintiff served the amended complaint on the Office of the United States Attorney for the District of Idaho on November 18, 2013.  Defendants' response to the amended complaint is currently due on January 17, 2014.

2.     On December 20, 2013, Plaintiff filed a motion for a preliminary injunction.  *See* ECF No. 8.  Under Local Rule 7.1(c)(1), and Fed. R. Civ. P. 6(d), Defendants' response is due on January 13, 2014.  As noted above, Defendants' response to the amended complaint, however, is not due until January 17, 2014.  Defendants intend to move to dismiss the claims asserted against them in their entirety.

3.     Plaintiffs' motion for a preliminary injunction is based on allegations about the NSA's collection of telephony metadata related to calls made by Plaintiff.  Plaintiff's motion maintains that this alleged activity is unlawful under the Fourth Amendment to the Constitution.  *See* ECF No. 8-1 at 12-15.  Defendants' opposition to this motion will raise jurisdictional defenses and present arguments that Plaintiff has failed to state a claim against Defendants as a matter of law—many of the same issues that will be presented in their forthcoming motion to dismiss. Accordingly, the parties believe it makes the most sense, in the interests of judicial economy, for

3

Defendants to address these issues in a combined opposition to the motion for a preliminary injunction and motion to dismiss on January 24, 2014, and for Plaintiff to address the same issues in a combined reply in support of Plaintiff's motion for a preliminary injunction and opposition to Defendants' motion to dismiss, as set forth below in the parties' proposed briefing schedule.  Although Defendants' response to the complaint is currently due on January 17, they seek until January 24, 2014, to file their initial brief due to the intervening year-end holidays and the press of pre-existing business in other cases also challenging the NSA's telephony metadata program.

4.      Furthermore, given the complexity and nature of the claims presented in this case, the parties ask the Court for an exception to Local Rule 7.1(a)(2) with regard to page limits on the briefs to be filed in this matter.  While recognizing that under Local Rule 7.1(a)(2), "[n]o memorandum of points and authorities in support of or in opposition to a motion shall exceed twenty (20) pages in length, nor shall a reply brief exceed ten (10) pages in length, without express leave of the Court," the parties respectfully request that Defendants be permitted to file a 45-page combined motion to dismiss and opposition to Plaintiff's motion for a preliminary injunction; that Plaintiff be permitted to file a 45-page combined reply in support of Plaintiff's motion for a preliminary injunction and opposition to Defendants' motion to dismiss; and that Defendants be permitted to file a 25-page reply in support of Defendants' motion to dismiss.

5.      A similar approach to briefing the parties' respective motions to dismiss and for partial summary judgment was recently adopted by the court in *First Unitarian Church of Los Angeles v. National Security Agency*, No. 3:13-cv-03286-JSW (N.D. Cal.), a case pending in San Francisco that also challenges the lawfulness of the telephony metadata program.

6.      Accordingly, pursuant to Local Rule 6.1(a), the parties propose the following page limitations and deadlines:

4

- Up to 45 pages for Defendants' Combined Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction and in Support of Defendants' Motion to Dismiss, to be filed not later than **January 24, 2014**;

- Up to 45 pages for Plaintiff's Combined Reply in Support of Plaintiff's Motion for a Preliminary Injunction and Opposition to Defendants' Motion to Dismiss, to be filed not later than **February 21, 2014**; and

- Up to 25 pages for Defendants' Reply Brief in Support of Defendants' Motion to Dismiss, to be filed not later than **March 14, 2014**.

7.    For the reasons stated above, the Court should grant the parties' joint motion.  A proposed order accompanies this motion.


Dated:  January 7, 2014                            Respectfully submitted,


 */s/ Peter J. Smith*
PETER J. SMITH IV, ISB 6997              LUCAS T. MALEK, ISB 8610
Lukins & Annis, P.S.                              Luke Malek, Attorney at Law, PLLC
601 E. Front Avenue, Suite 502              721 N 8th Street
Coeur d'Alene, ID 83814                        Coeur d'Alene, ID 83814
Phone: 208-667-0517                            Phone: 208-661-3881
Fax: 208-664-4125                                Email: Luke_Malek@hotmail.com
Email: psmith@lukins.com

*Counsel for Plaintiff*


[Counsel for Defendants listed on following page]

WENDY J. OLSON
Idaho Bar No. 7634
United States Attorney

SYRENA C. HARGROVE
Idaho Bar No. 6213
Assistant United States Attorney

District Of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, ID  83712-9903
Telephone: (208) 334-1211
Facsimile:  (208) 334-1414
Syrena.Hargrove@usdoj.gov

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

 _/s/ James J. Gilligan_____
JAMES J. GILLIGAN
Special Litigation Counsel

MARCIA BERMAN
Senior Trial Counsel

BRYAN DEARINGER
RODNEY PATTON
Trial Attorneys

U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001
Phone: (202) 514-3358
Fax: (202) 616-8470
james.gilligan@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of January, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Peter J. Smith IV                      Lukas T. Malek
Co-Counsel for Plaintiff              Co-Counsel for Plaintiff
Email: psmith@lukins.com             Email: Luke_Malek@hotmail.com


 */s/ James J. Gilligan*
JAMES J. GILLIGAN
Counsel for Defendants