necessary.   Use the following address to register for a PACER account:

Case:  2:13cv257          Document(s):   7

**U.S. COURTS**

**JAN 02 2014**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Rodney  Patton
U.S. Department of Justice
20 Massachusetts Ave., Room 7320
Washington, DC 20001

---

**United States Courts**
James A. McClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724

∀⊥

**OFFICIAL BUSINESS**

**U.S. COURTS**

**JAN 02 2014**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Hasler     FIF
12/03/2013
**US POSTAGE**   $
01

*NOT DHS*

NIXIE       208    4C  1      8412/26/13

RETURN TO SENDER
TEMPORARILY AWAY
UNABLE TO FORWARD
*0731-06584-25-28

BC: 83724

*Direct Delivery*