IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANNA J. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 2:13-cv-257-BLW |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) **SCHEDULING ORDER** |
| Defendants. | ) ) |

## ORDER

Upon consideration of the parties' joint motion for a briefing schedule and enlargement of page limitations, and good cause having been shown,

IT IS HEREBY ORDERED THAT the Joint Motion (docket no. 10) is GRANTED and that the following page limitations and deadlines shall apply:

- Up to 45 pages for Defendants' Combined Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction and in Support of Defendants' Motion to Dismiss, to be filed not later than **January 24, 2014**;

- Up to 45 pages for Plaintiff's Combined Reply in Support of Plaintiff's Motion for a Preliminary Injunction and Opposition to Defendants' Motion to Dismiss, to be filed not later than **February 21, 2014**; and

- Up to 25 pages for Defendants' Reply Brief in Support of Defendants' Motion to Dismiss, to be filed not later than **March 14, 2014**.

DATED: January 15, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court