STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
RODNEY PATTON
Trial Attorneys
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001
Telephone: (202) 514-3358
Facsimile: (202) 616-8470
james.gilligan@usdoj.gov

WENDY J. OLSON, Idaho Bar No. 7634
United States Attorney
SYRENA C. HARGROVE, Idaho Bar No. 6213
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, ID 83712-9903
Telephone: (208) 334-1211
Facsimile:  (208) 334-1414
Syrena.Hargrove@usdoj.gov

Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| ANNA J. SMITH,<br><br>            Plaintiff,<br><br>       v.<br><br>BARACK OBAMA, President of the<br>   United States, *et al.*,<br><br>            Defendants. | No. 2:13-cv-00257-BLW<br><br>**DEFENDANTS' MOTION<br>TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendants Barack H. Obama, in his official capacity as President of the United States; James R. Clapper, in his official capacity as Director of National Intelligence; Keith B. Alexander, in his official capacity as Director of the National Security Agency and Chief of Central Security Service; Charles T. Hagel, in his official capacity as Secretary of Defense; Eric H. Holder, in his official capacity as Attorney General; and James B. Comey, in his official capacity as Director of the Federal Bureau of Investigation, move to dismiss the claims in the Amended Complaint.

The Court lacks subject matter jurisdiction over all claims because Plaintiff's Amended Complaint fails to establish her standing to sue.  The Court also lacks subject matter jurisdiction over Plaintiff's claim that the Government's alleged conduct exceeds its statutory authority under the Foreign Intelligence Surveillance Act because such a claim is precluded by statute.

In addition, the Amended Complaint fails to state claims upon which relief can be granted that the Government's alleged conduct exceeds its statutory authority under the Foreign Intelligence Surveillance Act, and that the Government's alleged conduct violates the First and Fourth Amendments to the Constitution.

The grounds for this motion are set forth in the accompanying Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction and in Support of Defendants' Motion to Dismiss.

Dated: January 24, 2014

|  |  |
|---|---|
|  | Respectfully submitted, |
| WENDY J. OLSON, Idaho Bar No. 7634<br>United States Attorney | STUART F. DELERY<br>Assistant Attorney General |
| SYRENA C. HARGROVE, Idaho Bar<br>   No. 6213<br>Assistant United States Attorney | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
|  | ANTHONY J. COPPOLINO<br>Deputy Branch Director |
| District Of Idaho<br>Washington Group Plaza IV<br>800 E. Park Boulevard, Suite 600<br>Boise, ID 83712-9903 |  |
| Telephone: (208) 334-1211<br>Facsimile:  (208) 334-1414<br>Syrena.Hargrove@usdoj.gov | */s/ James J. Gilligan*<br>JAMES J. GILLIGAN<br>Special Litigation Counsel |
|  | MARCIA BERMAN<br>Senior Trial Counsel |
|  | BRYAN DEARINGER<br>Trial Attorney |
|  | RODNEY PATTON<br>Trial Attorney |
|  | U.S Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6102<br>Washington, D.C.  20001<br>Phone: (202) 514-3358<br>Fax: (202) 616-8470<br>james.gilligan@usdoj.gov |
|  | Counsel for Defendants |

2