Case: 2:13cv257        Document(s): 16

**U.S. COURTS**

MAR 03 2014

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Rodney  Patton
U.S. Department of Justice
20 Massachusetts Ave., Room 7320
Washington, DC 20001

**United States Courts**
es A. McClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724

**OFFICIAL BUSINESS**

X-RAY
FEB 06 2014
DOJ MAILROOM

R T S

Hasler
01/27/2014
US POSTAGE
$00.48

FIRST-CLASS M

ZIP 8372
011D11635

**U.S. COURTS**

MAR 03 2014

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

20052482099 C000

http://pacer.psc.uscourts.gov

Thank you for your consideration with this matter.