STUART F. DELERY
Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Branch Director
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
Trial Attorney
RODNEY PATTON
Trial Attorney
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7334
Washington, D.C. 20001
Telephone: (202) 514-3489
Facsimile: (202) 616-8470
james.gilligan@usdoj.gov

WENDY J. OLSON, Idaho Bar No. 7634
United States Attorney
SYRENA C. HARGROVE, Idaho Bar No. 6213
Assistant United States Attorney
District Of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, ID 83712-9903
Telephone: (208) 334-1211
Facsimile: (208) 334-1414
Syrena.Hargrove@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ANNA J. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>BARACK OBAMA, President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 2:13-cv-257-BLW |

**DEFENDANTS' CORRECTED NOTICE REGARDING ORDER OF THE FOREIGN INTELLIGENCE SURVEILLANCE COURT**

The Defendants hereby provide this corrected notice[1] regarding an order issued by the Foreign Intelligence Surveillance Court (FISC) on March 7, 2014. On February 25, 2014, the United States filed a motion with the FISC for leave to retain call-detail records collected under the National Security Agency (NSA) bulk telephony metadata program beyond the five-year deadline by which FISC orders require the records to be destroyed. *See* Exh. 1, attached hereto. The United States filed that motion in order to ensure compliance with any preservation obligations the Government may have in this and other civil actions respecting those records. On Friday, March 7, 2014, the FISC issued an order denying that motion. *See* Exh. 2, attached hereto. Consistent with that order, as of the morning of Tuesday, March 11, 2014, absent a contrary court order, the United States will commence complying with applicable FISC orders requiring the destruction of call-detail records at this time.

Dated: March 8, 2014

[1] Defendants' initial notice (ECF No. 19) inadvertently omitted the referenced attachments, which are filed with this corrected notice.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

*James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

MARCIA BERMAN
Senior Trial Counsel

BRYAN DEARINGER
Trial Attorney

RODNEY PATTON
Trial Attorney

U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C. 20001
Phone: (202) 514-3358
Fax: (202) 616-8470
james.gilligan@usdoj.gov

*Counsel for Defendants*

WENDY J. OLSON
Idaho Bar No. 7634
United States Attorney

SYRENA C. HARGROVE
Idaho Bar No. 6213
Assistant United States Attorney
District Of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, ID 83712-9903
Telephone: (208) 334-1211
Facsimile: (208) 334-1414

Syrena.Hargrove@usdoj.gov