PETER J. SMITH IV, ISB 6997
Lukins & Annis, P.S.
601 E. Front Avenue, Suite 502
Coeur d'Alene, ID 83814
Phone: 208-667-0517
Fax: 208-664-4125
Email: psmith@lukins.com

LUCAS T. MALEK, ISB 8610
Luke Malek, Attorney at Law, PLLC
721 N 8th Street
Coeur d'Alene, ID 83814
Phone: 208-661-3881
Email: Luke_Malek@hotmail.com

*Counsel for Plaintiff*

[Counsel for Defendants listed on following page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

_____
                                                        )
ANNA J. SMITH,                            )
                                                        )
                      Plaintiff,              )
                                                        )
            v.                                    )        Civil Action No.
                                                        )        2:13-cv-257-BLW
BARACK OBAMA, President of the  )
   United States, *et al.*,                )
                                                        )
                      Defendants.        )
_____)

**JOINT MOTION TO ALTER DATE AND LOCATION OF MOTIONS HEARING**

STUART F. DELERY  
Assistant Attorney General  
JOSEPH H. HUNT  
Director, Federal Programs Branch  
ANTHONY J. COPPOLINO  
Deputy Branch Director  
JAMES J. GILLIGAN  
Special Litigation Counsel  
MARCIA BERMAN  
Senior Trial Counsel  
BRYAN DEARINGER  
RODNEY PATTON  
Trial Attorneys  
U.S Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Ave., N.W., Room 6102  
Washington, D.C. 20001  
Telephone: (202) 514-3358  
Facsimile: (202) 616-8470  
james.gilligan@usdoj.gov  

WENDY J. OLSON, Idaho Bar No. 7634  
United States Attorney  
SYRENA C. HARGROVE, Idaho Bar No. 6213  
Assistant United States Attorney  
District Of Idaho  
Washington Group Plaza IV  
800 E. Park Boulevard, Suite 600  
Boise, ID 83712-9903  
Telephone: (208) 334-1211  
Facsimile: (208) 334-1414  
Syrena.Hargrove@usdoj.gov  

*Counsel for Defendants*

Plaintiff Anna J. Smith ("Plaintiff"), together with Defendants Barack Obama, President of the United States; James R. Clapper, Director of National Intelligence; Keith B. Alexander, Director of the National Security Agency ("NSA") and Chief of the Central Security Service; Charles T. Hagel, Secretary of Defense; Eric Holder, Attorney General of the United States; and James B. Comey, Director of the Federal Bureau of Investigation, insofar as they are sued in their official capacities (collectively "Defendants"), hereby jointly move, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), to alter the date and location for the hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss. The parties state the following in support of their joint motion:

1. A hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss is currently set for April 16, 2014, at 2:00 p.m. in Boise. Notice of Hearing on Motions (ECF No. 22).

2. Defendants respectfully request that, if the Court's schedule permits, the hearing be rescheduled to accommodate other litigation deadlines in other cases challenging NSA intelligence gathering activities, cases in which the undersigned counsel are also counsel of record for the Government. For example, the court in *Jewel v. NSA*, Case No. 08-4373 (N.D. Cal.) and *First Unitarian Church v. NSA*, Case No. 13-3287 (N.D. Cal.) recently set a number of briefing and other litigation deadlines for April and May related to a preservation dispute. In *Paul v. Obama*, Case No. 14-262 (D.D.C.), a newly-filed case, the Government's response to the complaint is due April 28, 2014. In addition, several of the undersigned counsel for Defendants are scheduled to be out of the office at various points in April, including the week of April 14-18, for pre-planned, pre-paid family vacations.

3.  Counsel for Plaintiff does not object to Defendants' request to reschedule the hearing on Plaintiff's motion.  The parties have conferred on alternate dates for the hearing and are available on the following dates:  May 1, May 2, May 14, May 15, or May 16, 2014.

4.  Plaintiff respectfully requests that, if it is feasible and convenient for the Court, the hearing be held in Coeur d'Alene, rather than Boise.  Plaintiff resides in Coeur d'Alene and travel is difficult with two small children.  The Government does not object to this request.

5.  There have been no previous requests to extend the hearing currently scheduled for April 16.

6.  For the reasons stated above, the parties respectfully request that the Court grant their joint motion.  A proposed order accompanies this motion.

Dated: April 4, 2014

Respectfully submitted,

 /s/ Peter J. Smith IV
PETER J. SMITH IV, ISB 6997
Lukins & Annis, P.S.
601 E. Front Avenue, Suite 502
Coeur d'Alene, ID 83814
Phone: 208-667-0517
Fax: 208-664-4125
Email: psmith@lukins.com

LUCAS T. MALEK, ISB 8610
Luke Malek, Attorney at Law, PLLC
721 N 8th Street
Coeur d'Alene, ID 83814
Phone: 208-661-3881
Email: Luke_Malek@hotmail.com

*Counsel for Plaintiff*

WENDY J. OLSON
Idaho Bar No. 7634
United States Attorney

SYRENA C. HARGROVE
Idaho Bar No. 6213
Assistant United States Attorney

District Of Idaho
Washington Group Plaza IV
800 E. Park Boulevard, Suite 600
Boise, ID  83712-9903
Telephone: (208) 334-1211
Facsimile:  (208) 334-1414
Syrena.Hargrove@usdoj.gov

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director


*/s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel
MARCIA BERMAN
Senior Trial Counsel
BRYAN DEARINGER
RODNEY PATTON
Trial Attorneys
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001
Phone: (202) 514-3358
Fax: (202) 616-8470
james.gilligan@usdoj.gov

*Counsel for Defendants*