<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 5/15/14

| | |
|---|---|
| Judge: B. Lynn Winmill | Deputy Clerk: Lynette Parson |
| Case No.: 13-CV-00257-BLW | ESR: Annie Williams |
| Place: CDA | Time: 9:05 – 10:05 |
| | (Time in court: 1 hour) |

## Smith v. Obama, et al

<u>Counsel for Plaintiff, Anna Jo Smith:</u>
Lucas Todd Malek, Peter V. Smith

<u>Counsel for Defendant:</u>
Marcia Berman, James Gilligan, Bryan Dearinger

<u>Hearing on:</u>

Docket #8 Motion for Preliminary Injunction (filed by Plaintiff)

Docket #14 Motions to Dismiss (filed by Defendant)

Argument heard by both parties.

<u>RULING:</u>

TAKEN UNDER ADVISEMENT