IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ANNA J. SMITH | |
|---|---|
| Plaintiff, | Case No. 2:13-CV-257-BLW |
| v. | **JUDGMENT** |
| BARACK OBAMA, President of the United States, et al., | |
| Defendants. | |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for injunction (docket no. 8) is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to dismiss (docket no. 14) is GRANTED, and the Clerk is directed to close this case.

DATED: June 3, 2014

B. Lynn Winmill
Chief Judge
United States District Court