PETER J. SMITH IV, ISB 6997
Lukins & Annis, P.S.
601 E. Front Avenue, Suite 502
Coeur d'Alene, ID 83814
Phone: 208-667-0517
Fax: 208-664-4125
Email: psmith@lukins.com

LUCAS T. MALEK, ISB 8610
Luke Malek, Attorney at Law, PLLC
721 N 8th Street
Coeur d'Alene, ID 83814
Phone: 208-661-3881
Email: Luke_Malek@hotmail.com

Attorneys for the Plaintiff ANNA J. SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANNA J. SMITH,<br><br>                                  Plaintiff,<br><br>         vs.<br><br>BARACK H. OBAMA, in his official capacity as President of the United States of America; JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and JAMES B. COMEY, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>                                  Defendants. | CASE NO. 2:13-cv-00257-BLW<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

PLAINTIFF'S NOTICE OF APPEAL: - 1
00880636.1

NOTICE IS HEREBY GIVEN that Plaintiff Anna J. Smith hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on June 3, 2014 [Docket #28], granting Defendants' motion to dismiss Plaintiff's complaint and denying Plaintiff's motion for a preliminary injunction.

DATED this 1st day of July, 2014.

                LUKINS & ANNIS, P.S.

By _/s/ PJS_____
    PETER J. SMITH IV, ISB 6997
    Co-Counsel for Plaintiff
    ANNA J. SMITH

PLAINTIFF'S NOTICE OF APPEAL: - 2
00880636.1

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of July, 2014, I served a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL by electronic mail to:

Bryan Dearinger     bryan.dearinger@usdoj.gov

James Jordan Gilligan     james.gilligan@usdoj.gov

Marcia Berman     marcia.berman@usdoj.gov

Rodney Patton     rodney.patton@usdoj.gov

Syrena Case Hargrove     Syrena.Hargrove@usdoj.gov

_____