**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANNA JO SMITH, | No. 14-35555 |
| Plaintiff - Appellant, | D.C. No. 2:13-cv-00257-BLW |
| v. | District of Idaho, Boise |
| BARACK OBAMA, in his official capacity as President of the United States of America; et al., | ORDER |
| Defendants - Appellees. | |

Appellant's motion to expedite is granted. The opening brief is due September 2, 2014. The answering brief is due October 2, 2014. The optional reply brief is due within 14 days after service of the answering brief.

The parties shall refrain from seeking any streamlined request for an extension to file a brief. Any request for extension of time pursuant to Ninth Circuit Rule 31-2.2(b) shall be accompanied by a showing of extraordinary and compelling circumstance.

Upon completion of briefing this case shall be calendared as soon as possible.

Lking 7.14.14/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court
Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking 7.14.14/Pro Mo