Case: 13-35555, 05/17/2016, ID: 9974439, DktEntry: 90, Page 1 of 1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 17 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANNA JO SMITH, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BARACK OBAMA, in his official capacity as President of the United States of America; et al., <br><br> Defendants - Appellees. | No. 14-35555 <br><br> D.C. No. 2:13-cv-00257-BLW <br> U.S. District Court for Idaho, Boise <br><br> **MANDATE** |

The judgment of this Court, entered March 22, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Craig Westbrooke
Deputy Clerk